IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM CRAIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-738-ECM |
| | ) | |
| ROSS GREENWOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 26, 2026, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed.[1]  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 30) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

---

[1] Objections were originally due on March 12, 2026. (Doc. 30 at 3).  On March 12, 2026, the Plaintiff filed a document which states:  "motion to objection the judges order in the Middle District federal civil court." (Doc. 31).  The same day, the Plaintiff filed a "motion for extension before deadline 3-12-16." (Doc. 32). The Magistrate Judge construed the "motion for extension" (doc. 32) as a motion for additional time to object to the Recommendation, granted the motion, and extended the objection deadline to March 30, 2026. (Doc. 33).  To date, no objections have been filed.  To the extent the Plaintiff intended the other March 12 filing (doc. 31) to operate as objections, they are not sufficiently specific to trigger *de novo* review.  The Court discerns no error—let alone clear error—in the Magistrate Judge's Recommendation.  Consequently, any objections are due to be overruled.

DONE this 1st day of May, 2026.

          /s/ Emily C. Marks

EMILY C. MARKS
UNITED STATES DISTRICT JUDGE